HONORABLE LONNY R. SUKO

Thomas W. McLane, WSBA No. 12226
Jenaé M. Ball, WSBA No. 36638
Randall | Danskin, P.S.
601 W. Riverside, Suite 1500
Spokane, Washington  99201
Telephone:  (509) 747-2052
Facsimile:  (509) 624-2528

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB DICK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENTRAC INC., a Washington corporation, d/b/a THRIFTY CAR RENTAL, and d/b/a DOLLAR RENT A CAR, and BARRY and BERNADETTE CURRY, husband and wife,<br><br>　　　　Defendants. | NO.  CV-12-585-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

On hearing the Parties' Stipulation, ECF No. 17, and the Court being

fully advised in the premises, it is:

ORDER OF DISMISSAL WITH
PREJUDICE – 1

**RANDALL | DANSKIN**
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON  99201-0653
(509) 747-2052

ORDERED that the above action is hereby dismissed with prejudice with respect to all of the claims against Defendants, and no costs or fees are awarded. The District Court Executive shall enter this order and CLOSE THE FILE.

DATED this 9th day of April, 2013.

*s/Lonny R. Suko*

Lonny R. Suko
United States District Judge

RANDALL | DANSKIN, P.S.

By:  /s/ Thomas W. McLane
 THOMAS W. McLANE, WSBA No. 12226
 Attorneys for Defendant
 601 W. Riverside Avenue, Suite 1500
 Spokane, WA  99201
 Phone: 509-747-2052
 Fax:  509-624-2528
 twm@randalldanskin.com


By:  s/  Jenaé M. Ball
 Jenaé M. Ball, WSBA #36638
 Attorneys for Defendants
 601 W. Riverside Avenue, Suite 1500
 Spokane, WA  99201
 Phone: 509-747-2052
 Fax:  509-624-2528
 jmb@randalldanskin.com

ORDER OF DISMISSAL WITH
PREJUDICE  –  2

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON  99201-0653
(509) 747-2052

PAUKERT & TROPPMANN, PLLC

By: s/Breean L. Beggs
    Breean L. Beggs, #20795
    Attorneys for Plaintiff
    522 W. Riverside Ave. Suite 560
    Spokane, WA  99201
    Phone: 509-232-7760
    bbeggs@pt-law.com

ORDER OF DISMISSAL WITH
PREJUDICE – 3

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON  99201-0653
(509) 747-2052